```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8                IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )   2:08-cv-02309 LKK/GGH
                                 )
12            Plaintiff,         )
                                 )   STIPULATION TO STAY FURTHER
13       v.                      )   PROCEEDINGS AND ORDER
                                 )   THEREON
14  REAL PROPERTY LOCATED AT 57  )
    NELSIER PLACE, OROVILLE,     )
15  CALIFORNIA, BUTTE COUNTY,    )
    APN: 078-040-036, (FORMERLY  )
16  APN: 036-291-079) INCLUDING  )
    ALL APPURTENANCES AND        )
17  IMPROVEMENTS THERETO,        )
                                 )   DATE: N/A
18            Defendant.         )   TIME: N/A
                                 )   COURTROOM: N/A
19
```

Plaintiff United States of America, claimant Jess R. Brasier, and claimants Albert and Georgene Brookman, request that the stay entered in the case on January 12, 2009, be extended to December 1, 2009.  This request is based on the following:

The United States contends that the defendant real property was used to facilitate a violation of federal drug laws (cultivation of marijuana) and is therefore forfeitable to the United States.  The United States intends to depose claimant Jess R. Brasier about the claim he filed in this case and the facts

1

1  surrounding the cultivation of marijuana plants on this property.
2  If claimant Jess R. Brasier is not the same person as defendant
3  Jess V. Brasier, plaintiff will also need to depose defendant
4  Jess V. Brasier.  Jess V. Brasier is currently a defendant in two
5  pending case, <u>United States v. Jess Vernon Brasier and Dean
6  Teskey</u>, 2:08-cr-0453 LKK, and <u>United States v. Jess Vernon
7  Brasier, et al</u>., 2:08-cr-518 LKK.
8       If discovery proceeds, claimant and/or defendant Jess V.
9  Brasier would be placed in the difficult position of either
10 invoking their Fifth Amendment rights against self-incrimination
11 and losing the ability to protect their claimed interest in the
12 defendant property, or waiving their Fifth Amendment rights and
13 submitting to depositions and potentially incriminating
14 themselves in the pending criminal matter.  If claimant or
15 defendant invokes his Fifth Amendment rights, the United States
16 will be deprived of the ability to explore the factual basis for
17 the claims they filed in this action and any defense raised in
18 the Answer.
19      In addition, all claimants intend to depose law enforcement
20 officers who were involved in the investigation that led to the
21 search at the defendant property.  Allowing depositions of these
22 officers would adversely affect the ability of the United States
23 to conduct its related criminal investigation.
24      Accordingly, the parties contend that proceeding with this
25 action at this time has potential adverse affects on the
26 investigation and possible prosecution of the related-criminal
27 case and/or upon claimants' ability to prove their claim to the
28 property and to contest the government's allegations that the

property is forfeitable. For these reasons, the parties request that this matter be stayed until December 1, 2009. This court has entered a stay to December 1, 2009, in a related case (<u>U.S. v. 2007 Yamaha Rhino</u>, 2:09-cv-00684 LKK-GGH) and the parties suggest that it makes sense to get all the related cases on the same schedule. At that time the parties will advise the Court whether a further stay is necessary.

DATED: June 24, 2009          LAWRENCE G. BROWN
                              Acting United States Attorney


                        By:   /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant U.S. Attorney


DATED: June 24, 2009          /s/ John H. Feiner
                              JOHN H. FEINER
                              Attorney for claimant
                              Jess R. Brasier


DATED: June 24, 2009          /s/ Frederick H. Schill
                              FREDERICK H. SCHILL
                              Attorney for claimants
                              Albert and Georgene Brookman

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until December 1, 2009. The parties will advise the court at least 10 days prior to December 1, 2009, whether a further stay is necessary.

IT IS SO ORDERED.

Dated: June 26, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT