BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-cv-02309 LKK/GGH |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO STAY FURTHER |
| v. | ) | PROCEEDINGS AND ORDER |
| | ) | THEREON |
| REAL PROPERTY LOCATED AT 57 | ) | |
| NELSIER PLACE, OROVILLE, | ) | |
| CALIFORNIA, BUTTE COUNTY, | ) | |
| APN: 078-040-036, (FORMERLY | ) | |
| APN: 036-291-079) INCLUDING | ) | |
| ALL APPURTENANCES AND | ) | |
| IMPROVEMENTS THERETO, | ) | |
| | ) | DATE: N/A |
| Defendant. | ) | TIME: N/A |
| | ) | COURTROOM: N/A |

Plaintiff United States of America, claimant Jess R. Brasier, and claimants Albert and Georgene Brookman, request that the stay entered in the case on June 26, 2009, be extended to March 1, 2010.  This request is based on the following:

The United States contends that the defendant real property was used to facilitate a violation of federal drug laws (cultivation of marijuana) and is therefore forfeitable to the United States.  The United States intends to depose claimant Jess R. Brasier about the claim he filed in this case and the facts

1

surrounding the cultivation of marijuana plants on this property.
Plaintiff believes claimant Jess R. Brasier is the son of
defendant Jess V. Brasier, a defendant in two related pending
cases, United States v. Jess Vernon Brasier and Dean Teskey,
2:08-cr-0453 LKK, and United States v. Jess Vernon Brasier, et
al., 2:08-cr-518 LKK.

     Jess V. Brasier and Dean Teskey have pled guilty in the
above criminal cases.  Teskey is currently scheduled to be
sentenced on December 22, 2009.  Brasier is currently scheduled
to be sentenced on January 20, 2010.  In his plea agreement,
Brasier admitted that federal agents found over 230 marijuana
plants growing at 57 Nelsier Place; that over 90 marijuana plants
were found growing at 22 Nelsier Place[1]; and that over 70
marijuana plants were found growing at 2091 Debbi Ann Court.[2]  In
addition he admitted that he "controlled all three of these
properties" on the date of the search.

    If discovery proceeds before Brasier and Teskey are
sentenced, they will, undoubtedly, invoke their Fifth Amendment
rights against self-incrimination and the United States will be
deprived of the ability to explore the factual basis for this
forfeiture and to determine whether claimant Jess R. Brasier had
any knowledge of, or participation in, the criminal activity.

    In addition, all claimants intend to depose law enforcement
officers who were involved in the investigation that led to the

---

[1]    This property is the defendant in the related civil
forfeiture case, U.S. v. 22 Nelsier Place, 2:08-cv-2326 LKK-GGH.

[2]    The United States did not file a forfeiture action
against this property.

search at the defendant property.  Allowing depositions of these officers would adversely affect the ability of the United States to conduct its related criminal investigation.

Accordingly, the parties contend that proceeding with this action at this time has potential adverse affects on the investigation and possible prosecution of the related-criminal case and/or upon claimants' ability to prove their claim to the property and to contest the government's allegations that the property is forfeitable.  For these reasons, the parties request that this matter be stayed until after both Jess V. Brasier and Dean Teskey have been sentenced.   The United States will be making a similar request in the related cases, (U.S. v. 2007 Yamaha Rhino, 2:09-cv-00684 LKK-GGH)and U.S. v. 22 Nelsier Place, 2:08-cv-2326 LKK-GGH.  Accordingly, the parties request that the stay be extended to March 1, 2010.  At that time the parties will advise the Court whether a further stay is necessary.

DATED: November 16, 2009         BENJAMIN B. WAGNER
                                 United States Attorney


                           By:   /s/ Kristin S. Door
                                 KRISTIN S. DOOR
                                 Assistant U.S. Attorney


DATED: November 16, 2009         /s/ John H. Feiner
                                 JOHN H. FEINER
                                 Attorney for claimant
                                 Jess R. Brasier


DATED: November 16, 2009         /s/ Frederick H. Schill
                                 FREDERICK H. SCHILL
                                 Attorney for claimants
                                 Albert and Georgene Brookman

1

**ORDER**

2     For the reasons set forth above, this matter is stayed

3 pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until March 1,

4 2010.  The parties will advise the court at least 10 days prior

5 to March 1, 2010, whether a further stay is necessary.

6     IT IS SO ORDERED.

7 Dated: November 17, 2009.

8

9

10 LAWRENCE K. KARLTON
SENIOR JUDGE

11 UNITED STATES DISTRICT COURT

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4