```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  2:08-cv-02309 LKK/GGH
                                 )
12            Plaintiff,         )  STIPULATION FOR DISMISSAL
                                 )  WITH PREJUDICE AND ORDER
13       v.                      )  CERTIFICATE OF
                                 )  REASONABLE CAUSE
14  REAL PROPERTY LOCATED AT 57  )
    NELSIER PLACE, OROVILLE,     )
15  CALIFORNIA, BUTTE COUNTY,    )
    APN: 078-040-036, (FORMERLY  )
16  APN: 036-291-079) INCLUDING  )
    ALL APPURTENANCES AND        )
17  IMPROVEMENTS THERETO,        )
                                 )  DATE: N/A
18            Defendant.         )  TIME: N/A
                                 )  COURTROOM: N/A
19
```

    Plaintiff United States of America, claimant Jess R. Brasier, and claimants Albert and Georgene Brookman, appearing through undersigned counsel, hereby agree and stipulate as follows:

    1.  The pending action shall be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    2.  The parties are to bear their own costs and attorney fees.

1    3.   There was probable cause for the posting of the
2 defendant real property, and for the commencement and prosecution
3 of this forfeiture action, and the Court may enter a Certificate
4 of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED: June 1, 2010            BENJAMIN B. WAGNER
                               United States Attorney

                         By:   /s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Assistant U.S. Attorney

DATED: June 21, 2010.          /s/ John H. Feiner
                               JOHN H. FEINER
                               Attorney for claimant
                               Rebecca Gayle Powell

DATED: 6/4/2010                /s/ Frederick H. Schill
                               FREDERICK H. SCHILL
                               Attorney for claimants
                               John and Yvonne Stanton

                               (Original signatures retained by
                               Attorney)

IT IS SO ORDERED.

Dated: June 22, 2010.


                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT

CERTIFICATE OF REASONABLE CAUSE

Based upon the allegations set forth in the Complaint for Forfeiture *In Rem* filed September 30, 2008, and the Stipulation for Dismissal With Prejudice filed herewith, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the posting of the defendant real property, and for the commencement and prosecution of this forfeiture action.

Dated: June 22, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT